**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Civil Action No.: 3:26-cv-899**

| | | |
|---|---|---|
| ROBERT ZULLO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEARANCE** |

The undersigned counsel, Evan G. Gungor of the law firm Gibbons Law Group, PLLC, hereby enters his appearance on behalf of Plaintiff Robert Zullo in the above captioned matter.

Respectfully submitted,

/s/ Evan G. Gungor
Evan G. Gungor, NCSB #60902
**GIBBONS LAW GROUP, PLLC**
1144 Executive Circle, Ste 220
Cary, NC 27511
Telephone: (919) 706-0211
E-Mail: evan@gibbonslg.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which has completed electronic service for all parties to the lawsuit.

/s/ Evan G. Gungor
Evan G. Gungor, NCSB #60902
*Attorney for Plaintiff*